UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria)

| | |
|---|---|
| In re: | ) |
| | ) |
| STEPHEN DENNIS SCOTT | ) Case No. 22-11306-KHK |
| | ) Chapter 13 |
| Debtors. | ) |
| | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTIFICATION

Please take notice that C. Thomas Brown and Erik B. Lawson of Silver & Brown, P.C., hereby enters their appearance on behalf of Goodman-Gable-Gould/Adjusters International, a creditor in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure respectfully requests that all future papers required to be served in this matter, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, are served upon counsel as follows:

C. Thomas Brown, Esquire
Erik B. Lawson, Esquire
Counsel for Goodman-Gable-Gould/Adjusters International
Silver & Brown
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
(703) 591-6666
(703) 591-5618 – Facsimile
Email: tom@virginia-lawyers.net
Email: erik@virginia-lawyers.net

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, electronic filing, telephone or otherwise.

GOODMAN-GABLE-GOULD/ADJUSTERS
INTERNATIONAL
By Counsel

/s/ C. Thomas Brown
C. Thomas Brown, Esquire
Erik B. Lawson, Esquire
*Counsel for Goodman-Gable-Gould/Adjusters International*
SILVER & BROWN
A Professional Corporation
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
(703) 591-6666
(703) 591-5618 – Facsimile
tom@virginia-lawyers.net
erik@virginia-lawyers.net

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2022 I caused a copy of the foregoing to be served via the Court's CM/ECF system or by first class, U.S. mail, postage prepaid, upon the following:

**Lawrence J. Anderson**
Nealon & Associates
119 N. Henry Street
Alexandria, VA 22314
703-684-5755
Fax : 703-684-0153
Email: landerson@nealon.com

**Thomas P. Gorman**
Thomas P. Gorman, Chapter 13 Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314
(703) 836-2226

**John P. Fitzgerald, III**
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314
703-557-7176

/s/ C. Thomas Brown
C. Thomas Brown, Esquire
Erik B. Lawson, Esquire
*Counsel for Goodman-Gable-Gould/Adjusters International*
SILVER & BROWN
A Professional Corporation
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
(703) 591-6666
(703) 591-5618 – Facsimile
tom@virginia-lawyers.net
erik@virginia-lawyers.net